# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIS LABULO,<br><br>                                      Petitioner,<br><br>        v.<br><br>KRISTI NOEM, *et al.*,<br><br>                                      Respondents. | Case No. 25-cv-03602-BAS-SBC<br><br>**ORDER:**<br><br>**(1)  GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2)  GRANTING MOTION FOR INJUNCTIVE RELIEF (ECF No. 2)** |

Petitioner Patris Labulo filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, as well as a Motion for Injunctive Relief.  (ECF Nos. 1, 2.)  After the Petition was fully briefed, the Court held a hearing on the Petition.  (ECF No. 7.)  The Court continued the matter and ordered supplemental briefing. (ECF Nos. 7–9.) The Court then held another hearing to resolve the matter.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition and the Motion for Injunctive Relief.  Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of

25cv3602

removal in the reasonably foreseeable future.  Accordingly, the Court issues the following writ:

> The Court **ORDERS** Respondents to immediately release Patris Labulo, A079-853-645, from custody under the same conditions of release that existed before his re-detention.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

> Respondents are **PROHIBITED** from removing Patris Labulo, A079-853-645, to any country other than Sudan without providing Petitioner and his counsel with notice of the country they plan to remove him to and an opportunity to be heard.

> Respondents are **PROHIBITED** from re-detaining Patris Labulo, A079-853-645, for removal unless Respondents have obtained a travel document to effectuate removal.

> The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: January 30, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv3602