# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIS LABULO,<br><br>                Petitioner,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>                Respondents. | Case No. 25-cv-03602-BAS-SBC<br><br>**ORDER DENYING EMERGENCY JOINT MOTION TO CLARIFY COURT ORDER (ECF No. 14)** |

On Friday, January 30, 2026, the Court granted Petitioner Patris Labulo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 12.) The Court ordered Respondents to release Petitioner "from custody under the same conditions of release that existed before his re-detention." (*Id.*) The same day, the parties filed an Emergency Joint Motion to Clarify Court Order. (ECF No. 14.) The parties dispute whether the Court's ruling relieves Petitioner from the requirement to post a bond. (*Id.*) Hence, they "jointly request that the Court immediately clarify its order as to whether Mr. Labulo may be released without paying a bond." (*Id.*)

No clarification is necessary. It is undisputed that Petitioner was previously "released on bond and enrolled in the Alternatives to Detention (ATD) program" before

his re-detention.  (Wilson Decl. ¶ 10, ECF No. 5-2.)  Thus, the Court's order refers to those same conditions of release that are documented in the record.  (ECF No. 12.)  Moreover, the Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678 (2001), recognizes that conditions of release may be set following a determination that there is no significant likelihood of removal in the reasonably foreseeable future.  *Id.* at 696 ("The choice, however, is not between imprisonment and the [noncitizen] 'living at large.'  It is between imprisonment and supervision under release conditions that may not be violated."); *accord Doan v. I.N.S.*, 311 F.3d 1160, 1161 (9th Cir. 2002) (reasoning "a bond is well within the kinds of conditions contemplated by the Supreme Court in *Zadvydas*").

Accordingly, the Court **DENIES** the Emergency Joint Motion to Clarify Court Order.  (ECF No. 14.)  If Petitioner believes the conditions of release set in his case violate the law, then Petitioner must file an appropriate request with evidentiary support.

**IT IS SO ORDERED.**

**DATED: February 2, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court